IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| v. | )  CASE NO. 3:10-cv-1032-MEF |
| | ) |
| CESAR CAMOS REYES | )  (WO- Do Not Publish) |
| | ) |
| DEFENDANT. | ) |

**ORDER**

It has come to the Court's attention that the Alabama State Bar suspended Barry Carlton Prine from the practice of law for 180 days effective April 22, 2011. Because Prine is now suspended from practicing law in this Court, the Clerk of the Court is DIRECTED to terminate Prine as counsel of record for Plaintiff J&J Sports Productions, Inc.

It is further ORDERED that Plaintiff has until **May 18, 2011**, to cause new counsel to file a Notice of Appearance in this matter. As a corporate entity, Plaintiff J&J Sports Productions, Inc. may only prosecute this action with representation of duly admitted legal counsel. Should new counsel fail to appear on Plaintiff's behalf as ordered, this action may be dismissed for want of prosecution.

The Clerk fo the Court is DIRECTED to provide service of this Order on Prine and on Plaintiff J&J Sports Productions, Inc., at its last known address (2380 South Bascom Avenue, Suite 200, Campbell, California, 95008, by certified mail (return receipt requested).

DONE this the 5th day of May, 2011.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE